# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOVONNE BURRIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CIV-10-803M |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| NATIONAL CREDIT ADJUSTERS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOW COMES** the Plaintiff, JOVONNE BURRIS, by and through her attorneys, WEISBERG & MEYERS, LLC, and hereby provides notice of her dismissal of the above-captioned matter with prejudice. Plaintiff requests that this Court retain jurisdiction over the claim solely for the purpose of enforcing the settlement agreement should either party fail to perform any obligation thereunder.

**RESPECTFULLY SUBMITTED** this 15th Day of February, 2011.

By: <u>s/Alex Weisberg</u>
**Alex Weisberg**
**WEISBERG & MEYERS, LLC**
**5722 South Flamingo Road, #656**
**Cooper City, FL 33330**
**954 337 1885**
**866 775 3666 facsimile**
**aweisberg@AttorneysForConsumers.com**
**Attorney for Plaintiff**

Filed electronically on this 15th Day of February, 2011, with:

Notice of Dismissal - 1

United States District Court CM/ECF system

By: s/Alex Weisberg
    Alex Weisberg

### CERTIFICATE OF SERVICE VIA REGULAR MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon the Mr. Charles Hyter, Legal Department, National Credit Adjusters, LLC, P.O. Box 3023, 327 W. 4th Ave., Hutchinson KS 67504, by depositing the same on February 15, 2011, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com